IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN RYAN, | ) | 2:08-CV-00522 SOM-BMK (PC) |
| | ) | |
|     Plaintiff, | ) | FINDING AND |
| | ) | RECOMMENDATION THAT |
|   vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | JUDGMENT ON PLEADINGS BE |
| SOLANO COUNTY, et al., | ) | DENIED |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

FINDING AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR
JUDGMENT ON PLEADINGS BE DENIED

Before the Court is Plaintiff Stephen R. Ryan's [11] Motion For Judgment on Pleadings. Plaintiff argues that Defendants have delayed disclosure of all documents, data compilations, and tangible things relevant to this case.

Defendants have not yet been served in this case. On August 20, 2009, the Court issued an Order directing the United States Marshal to serve the Complaint and other documents on Defendants. That Order explains that, after being served, Defendants shall respond to the Complaint. Having not yet been served the Complaint, Defendants are currently unaware of any discovery requests by Plaintiff. Therefore, Defendants' failure to disclose documents, compilations, and tangible things to Plaintiff at this stage of the case does not warrant judgment

on the pleadings.  Accordingly, the Court FINDS and RECOMMENDS that Plaintiff's Motion for Judgment on Pleadings be DENIED.

This matter is referred to Chief District Judge Susan Oki Mollway for review.  Any objections to this Finding and Recommendation are due September 8, 2009.  If objections are filed with the Court, it shall be captioned "Objections to Magistrate Judge's Findings and Recommendations."  A copy of the objections shall be served on all parties.  Any reply to the objections shall be due September 16, 2009.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 26, 2009.



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Stephen R. Ryan v. Solano County, et al., CV. NO. 2:08-CV-00522 SOM-BMK (PC); FINDING AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR JUDGMENT ON PLEADINGS BE DENIED.