IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN RYAN, | ) 2:08-CV-00522 SOM-BMK (PC) |
|  | ) |
| Plaintiff, | ) |
|  | ) ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) FINDINGS AND RECOMMENDATION |
|  | ) |
| SOLANO COUNTY, et al., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 27, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the document titled "Findings and Recommendation That Plaintiff's Motion for Judgment on Pleadings Be Denied" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge